IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

ROLANDO ENRIQUE RAMIREZ TORRES

CASE NO. 10-05692 SEK

Chapter 13

XXX-XX-2656

FILED & ENTERED ON 12/15/2010

Debtor(s)

ORDER

Debtor's Amended Schedule F, filed on December 14, 2010 (Docket No. 38), must comply with Federal Rule of Bankruptcy Proceeding 1009 and Local Bankruptcy Rule 1009-1. Shall comply within 14 days from notice of order.

SO ORDERED.

In San Juan, Puerto Rico, this December 15th , 2010.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

c: DEBTOR
JUAN MANUEL SUAREZ COBO
JOSE RAMON CARRION MORALES